United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

11CV5369 (JS)

1) indicated that this case is related to the following case(s):

_____

-OR-

2) the case was directly assigned to Judge Seybert and Magistrate Lindsay as a Pro Se case related to 10CV4244.

_____