## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, N Y 11722-9014

DOUGLAS C. PALMER, CLERK of COURT                                                              *www.nyed.uscourts.gov*
CAROL McMAHON, CHIEF DEPUTY FOR L.I.

November 9, 2011

Rodney Chestnut
112 W. Barlett Road
Middle Island, NY 11953

In re: CV-11-5369(JS)(ARL)
Chestnut v. Wells Fargo Bank N.A., et al

Dear *Pro Se* Litigant:

This will acknowledge receipt of your Civil Complaint. The case has been docketed under the above number and assigned to the Honorable Joanna Seybert and Magistrate Judge Arlene R. Lindsay. Please be advised of the following:

-it is your responsibility to ensure that documents filed with this Court comply with the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of New York, and the Judges' Individual Practice Rules. The Local Rules and the Judges' Individual Practice Rules are available at *www.nyed.uscourts.gov* ;

-documents submitted for filing should be originals and must contain your signature, case number, name of case and assigned judge;

-pursuant to Federal Rules of Civil Procedure 5.2, the filing party shall not include personal information in filings as follows: (a) if an individual's social security number must be included in a document, only the last four digits of that number shall be used; (b) if the involvement of a minor child must be mentioned, only the initials of that child shall be used; (c) if an individual's date of birth must be included in a document, only the year shall be used (d) if financial account numbers are relevant, only the last four digits of these numbers shall be used;
-an affidavit or affirmation of service must be included with all documents sent in for filing;

-all documents should be sent to the *Pro Se* Office at the Central Islip courthouse. DO NOT send any paperwork directly to chambers unless directed to do so by the Judge;

-it is your duty to keep this office informed of any change of address; failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); a change of address form is enclosed.

- it is your responsibility to retain copies of any documents you file, as well as copies of documents mailed to you by opposing counsel or the Clerk, and monitor the progress of your action yourself.

Very truly yours,

Douglas C. Palmer
Clerk of Court

By: /s/ C.Vukovich
*Pro Se* Paralegal

enc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

                  Plaintiff,

      -against-

                 Defendant.

Case No. _____

Judge: _____

-------------------------------------------------------- X

PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET:_____

CITY: _____  STATE: _____

ZIP CODE: _____  TELEPHONE NO: _____

IF APPLICABLE:

PRISON: _____  PRISONER ID# _____

EFFECTIVE DATE OF CHANGE: _____

DATED: _____  

_____
SIGNATURE

_____
PRINTED NAME

_____
PRESENT ADDRESS

_____